

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1102-20

### EX PARTE KEVIN DALE SHEFFIELD, Appellant

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE SEVENTH COURT OF APPEALS JOHNSON COUNTY

*Per curiam.*

### O R D E R

The Court grants discretionary review on grounds (2) and (3) raised in the State's petition. In addition, the Court grants review on its own motion of the following question:

Did the trial court have jurisdiction to hold a trial while the State's petition for discretionary review was pending in this Court?

The State's brief is due by January 5, 2022. Appellant's brief is due thirty days after the timely filing of the State's brief. No extensions will be granted. Oral argument will not be permitted.

Delivered November 24, 2022
Do not publish